MALONE, Appellant, v. STS. PETER AND PAUL'S CHURCH, BROOKLYN, E. D., Respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) Action by Sylvester L. Malone, as administrator, etc., against Sts. Peter and Paul's Church, Brooklyn, E. D.

PER CURIAM. Motion to resettle order denied. Motion for leave to appeal to the court of appeals granted, and question certified as follows: Has the court, in a suit upon a common-law cause of action brought by an administrator, jurisdiction to order a reference of all the issues in the action to a referee, to hear

and determine the same, when the administrator opposes the granting of such order and demands a trial by jury?